### SIMPSON v. STATE.
### No. 21976.

Court of Criminal Appeals of Texas.
March 4, 1942.

J. W. McCullough, of McKinney, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for theft of chickens, punishment assessed at 25 days in the county jail.

Judgment of conviction was entered upon appellant's plea of guilty. The record contains no statement of facts or bills of exception.

Nothing is presented for review.

The judgment is affirmed.

### SIMPSON v. STATE.
### No. 21977.

Court of Criminal Appeals of Texas.
March 4, 1942.

J. W. McCullough, of McKinney, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted of theft on his plea of guilty and assessed a penalty of ten days in jail.

The procedure appears to be regular. No statement of facts or bills of exception are presented and there is nothing for this court to review.

The judgment of the trial court is affirmed.